IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 19-CR-109 |
| | ) | |
| Plaintiff, | ) | **INFORMATION** |
| | ) | |
| vs. | ) | Count 1 |
| | ) |    18 U.S.C. § 666(a)(1)(A): Federal |
| KRISTINE DANIEL, | ) |    Program Theft |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges:

### Count 1

### Federal Program Theft

1. Between on or about December 8, 2009, and on or about April 29, 2016, in the Northern District of Iowa, defendant KRISTINE DANIEL, being an agent of an organization, namely the Tama County Day Care Inc. dba Kids' Corner, said organization receiving in the one year period beginning October 1, 2013, and also in the one year period beginning October 1, 2014, benefits in excess of $10,000 in federal grant funding for each one year period, respectively, under the Child and Adult Care Food Program, embezzled, stole, obtained by fraud, without authority knowingly converted to the use of a person not the rightful owner, or intentionally misapplied, property worth at least $5,000 and owned by and under the care, custody, and control of such organization, that is, money.

2. This was in violation of Title 18, United States Code, Section 666(a)(1)(A).

PETER E. DEEGAN, JR.
United States Attorney

By: */s/ Anthony Morfitt*

ANTHONY MORFITT
Assistant United States Attorney